PROB 12B
ED/AR (12/2012)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 23 2015

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## United States District Court
### for the
### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Name of Offender: Kendrick Williams | | Case Number: 4:08CR00352-02 JLH |
| Name of Sentencing Judicial Officer: | Honorable J. Leon Holmes<br>United States District Judge | |
| Original Offense: | Conspiracy to Possess with Intent to Distribute and Distribution of More than 5 Kilograms of Cocaine Hydrochloride, a Class A felony | |
| Date of Sentence: | July 15, 2011 | |
| Original Sentence: | 84 months Bureau of Prisons, 5 years supervised release, mandatory drug testing, DNA, substance abuse treatment, defendant is to be supervised in the district in which he is a legal resident, $100 special penalty assessment | |
| | On November 5, 2014, sentence was reduced to 72 months Bureau of Prisons by Order Regarding Motion for Sentence Reduction Under 18 U.S.C § 3582 (C)(2) | |
| Type of Supervision: Supervised Release | Anticipated Supervision Commencement Date: May 9, 2015<br>Anticipated Date Supervision Expires: May 8, 2020 | |
| U.S. Probation Officer: MeKisha Childers | Asst. U.S. Attorney: Edward Walker | Defense Attorney: To be appointed |

### PETITIONING THE COURT

☐ To extend the term of supervision for \_\_\_\_\_ year(s), for a total term of \_\_\_\_\_ years.

☒ To modify the conditions of supervision as follows:

**Submit person, property, residence, office or vehicle to search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.**

**Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.**

**Not enter the Republic of Mexico without the written permission of the Court or probation officer.**

**Report all vehicles owned or operated, or in which you have interest, to the probation officer.**

Prob 12B                    -2-                 Request for Modifying the
                                                Conditions or Terms of Supervision
                                                with Consent of the Offender

Name of Offender: Kendrick Williams          Case Number: 4:08CR00352-02 JLH

## CAUSE

Mr. Williams is scheduled to be released on May 9, 2015, from imprisonment. Presently, he is housed at the Safford Federal Correctional Institution in Safford, Arizona. He wishes to relocate supervision to the Southern District of California. The Southern District of California is requesting the above conditions in preparation of Mr. Williams' release. Mr. Williams waived his rights to a hearing and agreed to the modification as previously described above. After discussing the modification with his case manager, Mr. Williams agreed to the proposed modifications as evident by his signature on a Consent to Modify Supervision waiver. Jenniffer Horan of the Federal Public Defender's Office has been notified of this modification.

_____          _____
MeKisha Childers                         Edward Walker
U.S. Probation Officer                   Assistant U.S. Attorney

Date: January 9, 2015                    Date: JANUARY 22, 2015

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

January 23, 2015
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Prob 12B                              -3-                        Request for Modifying the
                                                                 Conditions or Terms of Supervision
                                                                 with Consent of the Offender

Name of Offender: Kendrick Williams                    Case Number: 4:08CR00352-02 JLH

c:  Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Edward Walker, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(Rev 3/89)

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Submit person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

Not enter the Republic of Mexico without the written permission of the Court or probation officer.

Report all vehicles owned or operated, or in which you have interest, to the probation officer.

Witness: _____

Date: 11-28-14

Signed: _____
Kendrick Williams
Probationer or Supervised Releasee

FEDERAL DEFENDER